AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**WESTERN** DISTRICT OF **NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ELVIS BERRIOS | **WARRANT FOR ARREST**<br>CASE NUMBER: 06-M- 557<br>06-150-M-01 |

To: The United States Marshal
and any Authorized United States Officer

**FILED**

YOU ARE HEREBY COMMANDED to arrest ___Elvis Berrios___
                                              Name

and bring him forthwith to the nearest magistrate judge to answer a

MAR 29 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

( ) Indictment  ( ) Information  (X) Complaint  ( ) Order of Court  ( ) Violation Notice  ( ) Probation Violation Petition

charging that he knowingly: a) produced and used, with intent to defraud, one or more counterfeit access device, in violation of 18 U.S.C. § 1029(a)(1); b) conspired to commit a violation of 18 U.S.C. § 1028(a)(7) and § 1029(a)(1), in violation of 18 U.S.C. § 371; c) wire fraud in violation of 18 U.S.C. § 1343; and d) wire fraud in violation of 18 U.S.C. § 1343.

Hon. Jonathan W. Feldman                        United States Magistrate Judge
Name of Issuing Officer                          Title of Issuing Officer

[signature]                                      March 23, 2006, Rochester, NY
Signature of Issuing Officer                     Date and Location

Bail fixed at $ _____                       by _____
                                                    Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at DC District Ct.
333 Const. Ave, N., Wash, DC

| DATE RECEIVED<br>3/29/06 | NAME AND TITLE OF ARRESTING OFFICER<br>Reporting<br>D Walker DUSM | SIGNATURE OF ARRESTING OFFICER<br>Reporting<br>[signature] |
|---|---|---|
| DATE OF ARREST<br>3/29/06 | | |

AO 442 (Rev. 5/93) Warrant for Arrest