**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America }| |
| } | |
| v.  } | Criminal No.06-MJ-150 |
| } | |
| Elvis Berrios } | |
| Defendant } | |

**LINE/PRAECIPE**

Please enter the appearance of Kenneth M. Robinson (Bar #51706) as retained counsel for Elvis Berrios.

Respectfully Submitted,

_____
Kenneth M. Robinson,
Bar # 51706
The Robinson Law Firm
717 D Street, NW
Fourth Floor
Washington, DC 20004
(202) 347-6100
(202) 347-0081 fax

1

2

**Certificate of Service**

    I, Kenneth M. Robinson, certify service by facsimile at (202)616-3782 on Angela George, AUSA, this 5th day of May, 2006.

                                                                                  _____
Kenneth M. Robinson,
Bar # 51706
The Robinson Law Firm
717 D Street, NW
Fourth Floor
Washington, DC 20016
(202) 347-6100
(202) 347-0081 fax