USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

Crim No: 06-154

In the United States District Court

for the _____ WESTERN _____ DISTRICT OF _____ NEW YORK _____

UNITED STATES OF AMERICA
V.
ELVIS BERRIOS

CRIMINAL NUMBER: 06-CR-6079T

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

**FILED**

JUN 0 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, Elvis Berrios, defendant, have been informed that an (*indictment, ~~information, complaint~~*) is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the _____ District of Columbia in which I, Elvis Berrios, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: 05-31 20 6 at 3:30 p.m.

_Elvis Berrios_
(Defendant)

_Bayorthun Pushkin_
(Witness)

_[signature]_
(Counsel for Defendants)

_Angela S. George_
(Assistant United States Attorney)

Approved

for _Bradley T. Tyr ausa/Rochester_
United States Attorney for the
Western _____ District of
New York

_Ken L. Wainstein_
United States Attorney for the
_____ District of
Columbia