**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

United States of America          }
                                  }
        v.                        }    Criminal No.06-MJ-150
                                  }
Elvis Berrios,                    }
        Defendant.                }

**CONSENT MOTION TO CONTINUE STATUS CALL DATE NOW SET FOR
AUGUST 23, 2006 AT 2:30 P.M. TO SEPTEMBER 7, 2006 AT 10 A.M.**

Counsel for Mr. Berrios respectfully moves to continue the status date set for August 23, 2006 at 2:30 p.m. to September 7, 2006, at 10 a.m. This request is due to vacation plans.

Unknown to counsel his family has long ago scheduled a weeks' vacation from August 19-26, 2006. Said trip has all children, grandchildren and other significant relatives who will be present. Additionally, August 25 is counsel's birthday and apparently plans have been made for that event.

The status call is one at which the defendant will enter a Rule 20, F.R.Cr.P, guilty plea will be entered. Perham Gorgi, AUSA, has stated he has no objection to this request. The court's clerk, Al Richburg, has tentatively re-set the case for 10 a.m. on September 7, 2006, a date agreed upon by Mr. Gorgi, AUSA.

**WHEREFORE**, it is respectfully requested that the court grant this motion.

Respectfully Submitted,

_____
Kenneth M. Robinson,
Bar # 51706
The Robinson Law Firm
717 D Street, NW
Fourth Floor

        Washington, DC 20004
        (202) 347-6100
        (202) 347-0081 fax

### **Certificate of Service**

I, Kenneth M. Robinson, certify service by facsimile on this 8th day of August, 2006 to Mr. Perham Gorgi, AUSA at the State Attorney's Office.

        Respectfully Submitted,

        _____
        Kenneth M. Robinson,
        Bar # 51706
        The Robinson Law Firm
        717 D Street, NW
        Fourth Floor
        Washington, DC 20016
        (202) 347-6100
        (202) 347-0081 fax

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

United States of America,  }
                           }
    v.                     }   Criminal No.06-MJ-150
                           }
Elvis Berrios,             }
        Defendant.         }

## ORDER

This matter having come before the court and good cause appearing, it is

**ORDERED** that the trial set for August 23, 2006 is continued till the 7th day of September, 2006 at 10 a.m.

**DONE & ORDERED** this _____ day of August, 2006

_____
Judge, District Court