UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

SEP 0 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

ELVIS BERRIOS

Criminal No. 06-0154-01(JR)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives its right to trial by jury.

_____  9/6/06
Defendant

_____  9/6/06
Counsel for Defendant

I consent:

_____
Assistant United States Attorney

**APPROVED:**

_____
JAMES ROBERTSON
United States District Judge

Dated: September 7, 2006