FILED
SEP 0 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 06-154 (JR) |
| v. | : |
|  | : MAG. NO.: 06-150-M (JMF) |
| ELVIS BERRIOS, | : |
|  | : 18 U.S.C. § 1029(a)(1) |
| Defendant. | : (Fraud and Related Activity in Connection |
|  | : with Access Devices) |

### STATEMENT OF OFFENSE

Were the Government to go to trial in the above-captioned case, the Government would prove the following facts beyond a reasonable doubt:

The defendant was an active member on several online carding forums, including www.scandinaviancarding.com.

In August of 2005, contact was made with the defendant via ICQ Instant Messaging in an undercover capacity. Numerous discussions were held involving internet fraud and carding. An arrangement was then made and the defendant was mailed a spurious credit card to a drop address in the Washington, DC area. On August 19, 2006, the defendant ordered a Mini Ipod through the internet utilizing stolen credit card information. This item was shipped and received at an undercover drop address in Western New York. This item was then confirmed as having been ordered with a compromised credit card account.

On August 19, 2006, an additional spurious credit card was sent to the defendant to another drop address that was later determined to be the defendant's home address. Over time, the defendant made numerous charges on this card, which totaled $2,000.00 in ATM withdrawals and purchases.

On August 24, 2006, the defendant ordered another IPod Mini and a Hamilton watch via the internet, using a compromised identity and credit card information. These items were received at the undercover drop address.

On September 3, 2006, the defendant ordered SlimFast bars via the internet using a compromised identity and credit card information. This item was received at the undercover drop address. This item was then re-shipped, at the defendant's request, to the 906 Crittendon Street, NW, Washington, DC. This is the defendant's home address.

On September 14, 2006, the defendant ordered a Canon Camera and HP Palm Pilot via the internet using compromised identity and credit card information. This information was shipped and received at the undercover drop address.

On September 15, 2006, the defendant ordered a Minolta Camera via the internet using a compromised identity and credit card information. This item was shipped and received at the undercover drop address.

On September 20, 2005, the defendant ordered a Palm Pilot and two Pocket PC's via the internet using a compromised identity and credit card information. These items were shipped and received at the undercover drop address.

On September 22, 2005, approximately $235.00 was sent via Western Union to the defendant in an undercover capacity to Diego Garcia, Washington, DC.

On January 8, 2006, the defendant ordered three LCD flat panel monitors via the internet using a compromised identity and credit card information. These items were shipped and received at an undercover drop address.

On January 11, 2006, the defendant ordered two sets of Blaupunkt DVD/CD/MP# players via the internet using a compromised identity and credit card information. These items were shipped and received at an undercover drop address.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451058

By: *(signature)*
Perham Gorji
Assistant United States Attorney
Delaware Bar No. 3737
U.S. Attorney's Office
555 4th Street, N.W., Rm. 4233
Washington, D.C. 20530
(202) 353-8822

DEFENDANT'S ACKNOWLEDGMENT

I have read and discussed the four (4) page Statement of Offense in the above-captioned case, 06-154 (JR), with my attorney, Kenneth M. Robinson, Esquire. I agree, and acknowledge by my signature that this Statement of Offense is true and correct.

Date: 9/6/06

*(signature)*
Elvis Berrios

Date: 9/6/06

*(signature)*
Kenneth M. Robinson, Esq.
Attorney for Defendant

ENTERED MAY 1 5 2006

# IN THE DISTRICT COURT OF THE UNITED STATES
## For the Western District of New York

---

MARCH 2006 GRAND JURY
(Empaneled March 16, 2006)

**THE UNITED STATES OF AMERICA**

-vs-

**ELVIS BERRIOS**

No. 06-CR-

**INDICTMENT**
Violations:
18 U.S.C. § 1029(a)(1)

COUNT 1

The Grand Jury Charges:

Between on or about August 1, 2005 and March 10, 2006, in the Western District of New York and elsewhere, the defendant, **ELVIS BERRIOS**, knowingly and with intent to defraud, produced, used, and trafficked in one or more counterfeit access devices, said production, trafficking, and use affecting interstate commerce, in that one or more of the counterfeit access devices were trafficked through the Internet.

All in violation of Title 18, United States Code, Section 1029(a)(1).

DATED:   Rochester, New York, May __, 2006.

                                TERRANCE P. FLYNN
                                United States Attorney

               By:   s/ RICHARD A. RESNICK
                    Assistant U.S. Attorney
                    United States Attorney's Office
                    Western District of New York
                    620 Federal Courthouse
                    100 State Street
                    Rochester, New York 14614
                    (585) 263-6760, ext. 2241
                    richard.resnick@usdoj.gov

A TRUE BILL:

s/ Foreperson