**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

United States of America         }
                                 }
    v.                            }     Criminal No.06-MJ-154
                                 }     Mag. No.: 06-150-M (JMF)
Elvis Berrios,                   }
    Defendant.                    }

## DEFENSE SENTENCING MEMORANDUM

Counsel for Mr. Berrios respectfully urges the court to follow the recommended guideline(s) sentence of probation as a level (6), Category One. The government has requested (18) months probation and (100) hours of community service.

    Clearly a sentence here within the guidelines would be reasonable. Mr. Berrios was arrested as a first time offender on March 28, 2006 and immediately was cooperative, was truthful, implicated another co-worker (who never was charged), was remorseful and agreed to a "no plea agreement" plea to the one count indictment pursuant to Rule 20, F.R.Cr. P.

    Mr. Berrios is a 5'7", 300 pound, 29 years old young man who prior to this matter had never been arrested, in trouble of any kind, was employed, a decent young man.

    The government created a "sting" operation over the internet from Rochester, N.Y. One of the persons who became ensnarled in the trap was Mr. Berrios. He should not have pursued the illegal activity, made less than $1,000.00 doing as he did, and ordered such things (through the criminal venture) as Slim Fast bars, an IPOD and an inexpensive watch. As a result of the

arrest he lost his job, was employed again later at his present job and now faces probable termination if given probation and it is reported to his employer.

Mr. Berrios is a nice young man who has always lived at home with his mother and siblings as an adult, never really had a father, spent his childhood in a boarding school in a remote southwestern corner of Virginia. He did not have what appeared to be a very nurturing, loving family life, yet, the pre-sentence report displays him as content with the life he had, feeling proud and loved.

We ask for probation, (12) months, not (18) months, for no more than (40) hours of community service, no fine (as he is really indigent) and that his employer Not be notified of his guilty plea so he can remain gainfully employed.

Respectfully Submitted,

_____
Kenneth M. Robinson,
Bar # 51706
The Robinson Law Firm
717 D Street, NW
Fourth Floor
Washington, DC 20004
(202) 347-6100
(202) 347-0081 fax

**Certificate of Service**

I, Kenneth M. Robinson, certify service by facsimile to (202) 616-3782 on this 4th day of January, 2007 to Mr. Perham Gorgi, AUSA.

        Respectfully Submitted,

_____
Kenneth M. Robinson,
Bar # 51706
The Robinson Law Firm
717 D Street, NW
Fourth Floor
Washington, DC 20016
(202) 347-6100
(202) 347-0081 fax