HONORABLE JAMES ROBERTSON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 0 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA          :  Docket No.: **06-CR-154**
                                  :
                           vs.    :  SSN:
                                  :
BERROIS, Elvis                    :  Disclosure Date: **December 1, 2006**

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                                          _____
Prosecuting Attorney                                                Date

**For the Defendant**

(CHECK APPROPRIATE BOX:
(X) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment. Late due to my being here in Jail. I am sorry.

_Elvis Berrois_  12-19-06                         _[signature]_  12/19/06
Defendant            Date                          Defense Counsel           Date  1/8/07
     _Elvis Berrois_  1/8/07

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **December 15, 2006**, to U.S. Probation Officer **Tennille Losch**, telephone number **(202) 565-1385**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Gennine A. Hagar, Acting Chief
    United States Probation Officer